IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RODNEY ABLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-2250-JAR-GEB |
| KEITH BLANSETT, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the court on Plaintiff's Motion to stay his response to Defendant Keith Blansett's discovery requests until after the parties' Rule 26 conference (**ECF No. 13**). Plaintiff filed the motion on June 14, 2019, making any response to the motion due on June 28, 2019. No response in opposition has been filed. Therefore, the motion is uncontested and is granted without further notice pursuant to D. Kan. Rule 7.4. And, as required under Fed. R. Civ. P. 26(d), party may not seek discovery from any source before the parties have conferred as required by Rule 26(f).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to stay his response to Defendant Keith Blansett's discovery requests (**ECF No. 13**) is **GRANTED**.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 1st day of July, 2019.

/s Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge